**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**AUNDRA MILLER,** **PLAINTIFF,**

**v.** **CIVIL ACTION NO. 2:04CV238-P-A**

**LOWE'S HOME CENTERS, INC., ET AL.,** **DEFENDANTS**

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendants' Motion for Summary Judgment [56] is hereby **GRANTED**;

(2) All of the plaintiff's claims are **DISMISSED WITH PREJUDICE**; and

(3) This case is **CLOSED**.

**SO ORDERED** this the 15th day of September, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE